UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | Case No.: 07 MJ 1165 (MRG) |
| | : | **ORDER OF DISMISSAL** |
| -against- | : | |
| Lance Slaughter | : | |
| Defendant. | : | |

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 22 day of February, 20 21
Poughkeepsie, New York